UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                              RE:    Ebong UKO
                                     Docket Number:   2:05CR00001-01
                                   **PERMISSION TO TRAVEL**
                                   **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Nigeria, Africa.  He is in compliance with all supervision terms and conditions, and the probation officer (Central District of California) recommends approval be granted.

**Conviction and Sentencing Date:**  On June 2, 2005, Ebong Uko was sentenced for the offense(s) of 18 USC 1347, and 2 - Health Care Fraud, Aiding and Abetting.

**Sentence imposed:**  12 months, 1 day Bureau of Prisons; 36 months supervised release; $100 special assessment; $320,000 restitution.  Special conditions:  Financial disclosure; Not incur new credit charges or open additional lines of credit; submit to collection of DNA.

**Dates and Mode of Travel:**  Mr. Uko will leave on August 6, 2008, and return on August 17, 2008.  He will be flying on Northwest Airlines.

**Purpose:**  The purpose of this travel is for a Church Pilgrimage and all costs associated for this travel has been paid in full by Mr. Uko's employer, Zee Medical, Inc.

**RE:**    **Ebong UKO**
       **Docket Number:   2:05CR00001-01**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully Submitted,


/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

**DATED:**     July 1, 2008
            Sacramento, California
            LLK/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    **X**                      Disapproved _____


      7/1/2008                                 /s/ John A. Mendez
**Date**                                          **HON. JOHN A. MENDEZ**
                                                **United States District Judge**